IT IS SO ORDERED.
/s/ John R. Adams
U.S. District Judge
07/14/2017

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH FORD-NELSON | ) | CASE NO.: 1-16-cv-2962 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| MERCY HEALTH – REGIONAL | ) | **PURSUANT TO RULE** |
| MEDICAL CENTER LLC D/B/A | ) | **41(A)(1)(A)(II) OF THE FEDERAL** |
| MERCY MEDICAL REGIONAL | ) | **RULES OF CIVIL PROCEDURE** |
| MEDICAL CENTER | ) | |
| | ) | |
| Defendant. | ) | |

The Parties, by and through counsel, hereby dismiss this action, with prejudice, pursuant to Rule Civ.R. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lori Griffin | /s/ Thomas J. Wiencek |
| Lori M. Griffin (0085241) | Thomas J. Wiencek (0031465) |
| The Lazzaro Law Firm, LLC | VP/AGC Mercy Regional Medical Center |
| 920 Rockefeller Building | 388 S. Main St. Suite 500 |
| 614 West Superior Avenue | Akron, Ohio 44311 |
| Cleveland, OH 44113 | Phone:  513-639-0196 |
| Phone:  216-696-5000 | Facsimile:  330-253-8601 |
| Facsimile:  216-696-7005 | tjwiencek@mercy.com |
| lori@lazzarolawfirm.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |